Name, Address and Phone number of Attorney(s):
JOHN D. GUERRINI (190972)
THE GUERRINI LAW FIRM
750 E. GREEN ST., SUITE 200
PASADENA, CA 91101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CHI-CHI'S, INC. ET AL. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:08-CV-03646-AHS (SSx) |
| v. | ORDER TO APPEAR FOR EXAMINATION RE: |
| SOUTHERN FRESH PRODUCE CO., INC. | X ENFORCEMENT OF JUDGMENT |
| Defendant(s) | ☐ ATTACHMENT(Third Person) |
|  | ☐ Judgment Debtor   X Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby ORDERS the Application ☐ GRANTED   ☐ DENIED.

TO: _____DANNY G. MEZA_____
    (Name of person to Appear)

**YOU ARE ORDERED TO APPEAR** personally before the Honorable __Alicemarie H. Stotler___, to:

- ☐ furnish information to aid in enforcement of a money judgment against you.
- X answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- ☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

Date of appearance: ~~August 24, 2009~~ 9/22/09   Courtroom: ~~10A~~ 23   Time: 10:00 a.m.

Location of Appearance:
☐ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA
☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA
☒ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA
☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA

This Order may be served by a Marshal, sheriff, registered process server, or the following specially appointed person: _____
    (Name of appointed process server)

Date: _____

_____
U.S. District Judge/U.S. Magistrate Judge

CV-4P ORDER (08/08)   ORDER ON APPLICATION FOR APPEARANCE AND EXAMINATION   Page 1 of 2
(Attachment-Enforcement of Judgment)